No. 22-3276

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
_____

| UNITED STATES OF AMERICA, | } | |
|---|---|---|
| Plaintiff-Appellee, | } | |
| | } | United States District Court for the |
| vs. | } | District of Kansas |
| | } | |
| BRUCE L. HAY, | } | Case No. 2:19-cr-20044-JAR-1 |
| Defendant-Appellant. | } | |

_____

**MOTION TO CONTINUE APPOINTMENT**

For the following reasons, the Kansas Federal Public Defender, via undersigned counsel, respectfully moves this Court to continue the Office's appointment in this case.

1. Assistant Federal Public Defender Che Ramsey represented Mr. Hay below.

2. Undersigned counsel is an Assistant Federal Public Defender for the Kansas Federal Public Defender.

3. As trial counsel, Ms. Ramsey is intimately familiar with this case. As Assistant Federal Public Defender, undersigned counsel has significant experience handling federal criminal appeals.

4. Continuation of counsel would thus allow Mr. Hay to proceed with competent counsel familiar with the case.

1

5. Continuation of counsel would also avoid any unnecessary delay associated with the appointment of different counsel.

Respectfully submitted,

s/ Paige A. Nichols
PAIGE A. NICHOLS
Assistant Federal Public Defender
Kansas Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, KS 66603
Phone: (785) 232-9828
Fax: (785) 232-9886
Email: paige_nichols@fd.org

## CERTIFICATE OF COMPLIANCE WITH RULE 32(g)

The undersigned certifies that this brief complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(1)(E), 27(d)(2)(A), 32(a)(5) & 32(a)(6), in that it contains 111 words in a proportionally spaced typeface (14-point Garamond), as shown by Microsoft Word 2016, which was used to prepare this motion.

s/ Paige A. Nichols  
PAIGE A. NICHOLS  
Assistant Federal Defender

Dated: December 28, 2022