FILED
United States Court of Appeals
Tenth Circuit

December 28, 2022

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

BRUCE L. HAY,

    Defendant - Appellant.

No. 22-3276
(D.C. No. 2:19-CR-20044-JAR-1)
(D. Kan.)

_____

**ORDER**
_____

Before **HOLMES**, Chief Circuit Judge.
_____

    This matter is before the Court on Appellant's Motion to Continue Appointment. Upon consideration, the motion is granted. Pursuant to 18 U.S.C. §3006A, the Federal Public Defender for the District of Kansas is appointed as counsel of record to represent the appellant Bruce L. Hay. This appointment is effective *nunc pro tunc* to the date the notice of appeal was filed in this matter.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk