

# Custody Status Questionnaire

Case Number and Caption: _____

I am the attorney of record for: _____
[name of party represented]

_____

My client presently is:

    Released on Secured Bond Pending Appeal.

    Released on Recognizance (or Unsecured Bond) Pending Appeal.

    Incarcerated in a Federal Prison as a result of:

    Choose one:

    Incarcerated in some other Federal Correctional Facility as a result of:

    Choose one:

    Incarcerated in a State Penitentiary as a result of:

    Choose one:

    Incarcerated in Local Jail as a result of:

    Choose one:

    On Parole or Other Conditional Release as a result of:

    Choose one:

Other / Explain

Date _____     Signature _____

_____

If you are counsel for the defendant in a direct criminal appeal (including interlocutory appeals, regardless of which party filed the appeal) or a petitioner in a habeas corpus or immigration appeal, or any appeal where the plaintiff, defendant or petitioner is in custody, you <u>must</u> complete the Custody Status Questionnaire.

Please save this document as your case number .pdf and file it in CM/ECF as required by the March 18, 2009 General Order.
For questions, you can contact the calendar team at:
Phone: 303-335-2708
Email: 10th_Circuit_Calteam@ca10.uscourts.gov