UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

UNITED STATES OF AMERICA,

*Plaintiff–Appellee*,

v.

BRUCE L. HAY,

*Defendant–Appellant*

Case No. 22-3276

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

American Civil Liberties Union, American Civil Liberties Union of Kansas, American Civil Liberties Union of Colorado, Brennan Center for Justice, Center for Democracy & Technology, and Electronic Privacy Information Center,

Amici Curiae in the above-captioned case(s).

| | |
|---|---|
| Brett Max Kaufman<br>Name of Counsel | Tim Macdonald<br>Name of Counsel |
| /s/ Brett Max Kaufman<br>Signature of Counsel | /s/ Tim Macdonald<br>Signature of Counsel |
| 125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>Mailing Address and Telephone Number | 303 E. 17th Avenue, Suite 350<br>Denver, CO 80203<br>(720) 402-3151<br>Mailing Address and Telephone Number |
| bkaufman@aclu.org<br>E-Mail Address | tmacdonald@aclu-co.org<br>E-Mail Address |

*Counsel list continued on following page*

| | |
|---|---|
| Sharon Brett<br>Name of Counsel | Tom McBrien<br>Name of Counsel |
| */s/ Sharon Brett*<br>Signature of Counsel | */s/ Tom McBrien*<br>Signature of Counsel |
| 10561 Barkley Street, Suite 500<br>Overland Park, KS 66212<br>(785) 303-3641<br>Mailing Address and Telephone Number | 1519 New Hampshire Avenue NW<br>Washington, DC 20036<br>(202) 483-1140<br>Mailing Address and Telephone Number |
| sbrett@aclukansas.org<br>E-Mail Address | mcbrien@epic.org<br>E-Mail Address |

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

> The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

√   There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

May 10, 2023
Date

*/s/ Brett Max Kaufman*
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

√　　All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case.


May 10, 2023
Date

*/s/ Brett Max Kaufman*
Signature